[No. 4452.]

McAllister v. The Estate of Irwin.

**Appellate Practice—Dismissal of Appeal—Redocketing on Error.**

An appeal from a judgment of the county court of which the supreme court has not jurisdiction on appeal will be dismissed and redocketed on error.

*Appeal from the County Court of Lake County.*

Mr. John Hipp, for appellant.

Messrs. Phelps & Pendery, for appellee.

*Per Curiam.*—No question is involved in this

proceeding which confers jurisdiction on appeal. Being a judgment of the county court, jurisdiction would attach on error.—Sec. 23, art. 6 of the Constitution. The appeal is dismissed and the cause redocketed on error.—Mills' Ann. Code, sec. 388a.

*Appeal dismissed.*